# Vivia L. Joseph, Esq.
*Attorneys-At-Law*

Telephone: (718) 977-4132
Facsimile: (718) 977-4587

**229-22 Linden Boulevard**
**Cambria Heights, NY 11411**

**P.O. Box 110712**
**Cambria Heights, NY 11411**

*Of Counsel:*
*Avril D. Roberts, Esq.*

November 5, 2025

Hon. Philip Bentley
Southern District Bankrupty Court
One Bowling Green
New York, NY 10004-1408

Re: <u>M/O Victoria Moor, Case No. 25-12083-pb</u>

Dear Judge Bentley:

    This letter confirms that the referenced bankruptcy case has been adjourned and will be heard on December 18, 2025 at 10:00 a.m.

                                          Respectfully submitted,

                                          Vivia L. Joseph